Cite as 2021 Ark. 153

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS SUPREME COURT CIVIL PRACTICE COMMITTEE | Opinion Delivered: July 22, 2021 |

## PER CURIAM

Michael Boyd, Esq., of Magnolia; Lori Howard, Esq., of Benton; Michelle Kaemmerling, Esq., of Little Rock; and Lorie Mason, Esq., of Conway are appointed to the Arkansas Supreme Court Civil Practice Committee for three-year terms to expire on July 31, 2024. The court extends its appreciation to these new members for their willingness to serve on this important committee.

Professor Emeritus Ken Gould of Bowen Law School, who has served as the reporter for the committee since 1986, has retired from the committee. Professor Gould also served in the role of advisor to the committee. Professor Gould provided valuable service to the committee. He will be greatly missed, and the court wishes him continued success in his endeavors.

Brian Brooks, Esq., of Greenbrier will serve as the reporter for the committee, and the court thanks him for undertaking this important role. Professor Anastasia Boles of

Bowen Law School will serve as advisor to the committee, and the court thanks her for undertaking this important role.

Austin Easley, Esq., of Forrest City is appointed to fulfill the unexpired term of Brian Brooks.  His term will expire on July 31, 2023.

The court expresses its gratitude to the outgoing members, Bob Edwards, Esq., of Little Rock; David Glover, Esq., of Little Rock; Ann Grimes, Esq., of Little Rock; and Robert Veach, Esq., of Russellville for their years of valuable service to this committee.